IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHYLLIS PADILLA-OWENS,

    Plaintiff,

vs.                                                       Civ. No. 02-448 WJ/WWD

SANDIA NATIONAL LABORATORIES,

    Defendant.

MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon Defendant's Motion to Compel filed November 25, 2002 [docket no. 23]. The motion seeks "an order compelling Plaintiff to provide full, complete, accurate and verified answers to interrogatories and responses to requests for production, and to award Defendant the sum of $441.41 in bringing this motion . . .". Plaintiff's primary defense to the motion is that I encouraged counsel to cooperate with each other and to solve things informally when they could. This is true. Nevertheless, in encouraging such cooperation, I did not intend to abandon the Rules of Civil Procedure. Nor did I suggest that the local rules of this Court not be followed. To the extent that it has not already been done, Plaintiff shall provide all initial Rule 26 disclosures not heretofore served on Defendant, and Plaintiff shall file a "full, complete, accurate and verified" set of answers to interrogatories and responses to requests for production to Defendant on or before January 3, 2003. Plaintiff shall also furnish to Defendant any necessary releases for such information if such releases have not heretofore been furnished. No attorney fees will be awarded in connection with this motion.

Discovery shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE